IN RE ADVISORY OPINION TO THE GOVERNOR.

Opinion Filed July 23, 1919.

The authority of the Justices of the Supreme Court under Section 13, Article IV of the Constitution to render an opinion to the

Governor at his request is confined to the *interpretation of some portion of the Constitution* upon a question affecting the Governor's *executive* powers and duties, and does not authorize an opinion by the Justices on the request of the Governor upon a question affecting the executive powers and duties of the Governor in countersigning an order to pay money from the State Treasury that may be authorized by a statute.

> STATE OF FLORIDA,
> EXECUTIVE CHAMBER,
> Tallahassee, July 17th, 1919.

Hon. Justices of the Supreme Court,
    State of Florida,
        Tallahassee, Florida.

Dear Sirs:—

In pursuance of the provisions of Section 13 of Article IV of the Constitution, I have the honor to request your opinion as to whether or not I would be authorized under the Constitution, to countersign warrants for the payment of expenses incurred under the provisions of Chapter 7919, Laws of Florida, Acts 1919, approved May 28, 1919, the same being "An Act to Provide Hog Cholera Serum and Virus for the Suppression of Hog Cholera in the State of Florida," in view of the provisions of Section 4 of Article IX of the Constitution.

> Respectfully submitted,
> SIDNEY J. CATTS,
> Governor.

> Supreme Court of Florida,
> Tallahassee, July 21st, 1919.

Hon. Sidney J. Catts,
    Governor of Florida.

Sir:—

Your executive communication of the 17th inst. request-

ing an opinion upon the matters stated therein has been duly considered. Replying thereto you are advised that the authority of the Justices of the Supreme Court under Section 13, Article IV of the Constitution to render an opinion to the Governor at his request is confined to *the interpretation of some portion of the Constitution* upon a question affecting the Governor's executive powers and duties, and does not authorize an opinion by the Justices on the request of the Governor upon a question affecting the executive powers and duties of the Governor in countersigning an order to pay money from the State Treasury that may be authorized by a statute. See Advisory Opinions to the Governor, 39 Fla. 397, 22 South. Rep. 681; 50 Fla. 169, 39 South. Rep. 187; 54 Fla. 136, 44 South. Rep. 745; 62 Fla. 4, 57 South. Rep. 345; 64 Fla. 1, 59 South. Rep. 778; 64 Fla. 14.

Your request for an opinion as to your authority to countersign warrants for the payment of expenses incurred under the provisions of a law, Chapter 7919, Acts of 1919, in effect involves the interpretation of a statute and not a portion of the Constitution, and the Justices are not authorized to render to the Governor an opinion on the validity or effect of a statute.

<div style="text-align:right">

Very respectfully,

JEFFN. B. BROWNE, C. J.

R. F. TAYLOR,

J. B. WHITFIELD,

W. H. ELLIS,

T. F. WEST,

Justices,